# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**M.D. MODZELEWSKI, F.D. MITCHELL, J.A. FISCHER**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

**v.**

**ANTHONY R. BAIN**
**LANCE CORPORAL (E-3), U.S. MARINE CORPS**

**NMCCA 201400037**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged**: 9 October 2013.
**Military Judge**: LtCol Christopher M. Greer, USMC.
**Convening Authority**: Commanding General, 2d Marine Logistics Group, Camp Lejeune, NC.
**Staff Judge Advocate's Recommendation**: Maj C.G. Tolar, USMC.
**For Appellant**: CAPT Stephen White, JAGC, USN.
**For Appellee**: Mr. Brian K. Keller, Esq.

**27 March 2014**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c). The supplemental court-martial order will reflect that the appellant was tried by a special court-martial.

For the Court

R.H. TROIDL
Clerk of Court